# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISHNA SUZANN LEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00068-JDP (SS)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME<br><br>ECF Nos. 15 & 16 |

　　　Plaintiff has filed two motions for an extension of time to file her motion for summary judgment. ECF Nos. 15 & 16. Good cause appearing, plaintiff's motions are granted, and the motion for summary judgment filed on September 23, 2022, is deemed timely.

IT IS SO ORDERED.

Dated:　　September 26, 2022　　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE