UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CRISHNA SUZANN LEE, | Case No. 2:22-cv-00068-JDP |
|---|---|
| Plaintiff, | ORDER EXTENDING THE BRIEFING SCHEDULE |
| vs. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

Based upon Plaintiff's Motion for Extension of Briefing Schedule, and for good cause shown, **IT IS ORDERED** that Plaintiff will file her reply memorandum no later than Monday January 16, 2023.

All other deadlines will be extended accordingly.

IT IS SO ORDERED.

Dated:  November 29, 2022    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING THE BRIEFING SCHEDULE - 1

ORDER EXTENDING THE BRIEFING SCHEDULE - 2