UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISHNA SUZANN LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 2:22-cv-00068-JDP (SS)<br><br>ORDER TO EXTEND THE BRIEFING SCHEDULE<br><br>ECF No. 22 |

Plaintiff has filed a motion to extend the briefing schedule. ECF No. 22. Good cause appearing, it is hereby ORDERED that plaintiff will file her reply memorandum no later than Wednesday, February 15, 2023.

IT IS SO ORDERED.

Dated:    January 13, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1