UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISHNA SUZANN LEE, | Case No. 2:22-cv-00068-JDP (SS) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS FOR A THIRD EXTENSION OF TIME |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ECF No. 24 |
| Defendant. | |

Plaintiff has filed a motion for third extension of time to file a reply to defendant's cross-motion for summary judgment. ECF No. 24. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 24, is granted.
2. Plaintiff is granted until March 17, 2023, to file her reply brief.
3. No further extensions will be granted.

IT IS SO ORDERED.

Dated: February 14, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE