Betty Herrera, Esq. (CSBN 242189)
UNITED DISABILITY LAWYERS GROUP
285 N. Hill Avenue, Suite 100
Pasadena, California 91106
Direct Line: (401) 400-4276
Office: (888) 425-1666
bherrera@uniteddisabilitylawyers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISHNA LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | Case No. 2:22-cv-00068-JDP<br><br>STIPULATION FOR THE AWARD<br>AND PAYMENT OF ATTORNEY<br>FEES AND EXPENSES PURSUANT<br>TO THE EQUAL ACCESS TO<br>JUSTICE ACT, 28 U.S.C. § 2412(d),<br>AND COSTS PURSUANT TO<br>28 U.S.C. § 1920 |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that CRISHNA LEE be awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($7500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to CRISHNA LEE, the government will consider the matter of CRISHNA LEE assignment of EAJA fees to Betty Herrera.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to CRISHNA LEE, but if the Department of the Treasury determines that CRISHNA LEE does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Betty Herrera, United Disability Lawyers Group, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Betty Herrera.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that CRISHNA LEE and/or Betty Herrera including United Disability Lawyers Group may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Betty Herrera and/or United Disability Lawyers Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated:  June 29, 2023                    UNITED DISABILITY

By:    */s/ Betty Herrera*_____
BETTY HERRERA
Attorneys for Plaintiff

Dated: June 29, 2023     E. MARTIN ESTRADA
           United States Attorney


        By:  */s/ Marcelo N. Illarmo* *
           Marcelo N. Illarmo
           * By email authorization on 06/29/2023*
           Special Assistant United States Attorney
           Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISNA LEE, | Case No. 2:22-cv-00068-JDP (SS) |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($7500.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   July 10, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE